CERTIFIED

EXHIBIT A

400 25168

New Case Transmittal

Und. Initials_____

Date Received_____

Agency Number: E3272
Submitted by agency:

WIP Number: E327267461

First Insured
Robert  robert Collins

Total Amt at Risk
$ 1,000,000

Second Insured

Total Amt at Risk
0

| Plan | Producer | Code | Plan Type |
|---|---|---|---|
| 1. PVT20 | BALTICH | 900212 | Main |

Requirements Ordered or Submitted with this Application

| 1st Insured | Submitted | Ordered | 2nd Insured | Submitted | Ordered |
|---|---|---|---|---|---|
| Application - Part I | 06/27/2003 | | No Requirement | | |
| Paramedical Exam - Part II | | 06/27/2003 | | | |
| SMAC | | 06/27/2003 | | | |
| EKG | | 06/27/2003 | | | |
| Authorization Form | 06/27/2003 | | | | |
| Notice and Consent Form | 06/27/2003 | | | | |
| Replacement Form | | | | | |
| 1035 Paperwork | | | | | |
| Producer's Report | | | | | |
| Sales Illustration | | 06/27/2003 | | | |
| Temporary Insurance Receipt | | 06/27/2003 | | | |
| OL511 / Void Check | | | | | |
| Inspection Report | | | | | |
| Motor Vehicle Report | | | | | |

Notes (1st Insured):

Notes (2nd Insured):

For Underwriting Use Only

Underwriting Decision:

Date _____    Underwriter Signature _____

Web Version 03.3.1    Today's Date : 06/27/2003

PHOENIX LIFE
INSURANCE COMPANY

June 27, 2003

Lockbox Transmittal Letter

| WIP # | Premium Remitted | Check Amount |
|---|---|---|
| 806TE327267461 | $ 375.00 | $ 375.00 |

| | Total Premium Remitted | Total Check Amount |
|---|---|---|
| | $ 375.00 | $ 375.00 |

**NOT ORIGINAL**





# Phoenix Value Term - 20
### Term Life Insurance
### A Life Insurance Illustration

Designed for: **robert Collins**
Male / Age 44 / Preferred / Standard

Initial Face Amount = $1,000,000
Total Initial Annual Premium = $1,585
Premium Mode = Quarterly

| Policy Illustration Numeric Summary | | | |
|---|---|---|---|
| | **Guaranteed** | **Non-Guaranteed Assumptions** | |
| | | *Midpoint Assumption* | *Current Assumption* |
| **Summary Year 5** | | | |
| Annualized Premium Outlay | 1,696 | 1,696 | 1,696 |
| Cumulative Annualized Premium | 8,480 | 8,480 | 8,480 |
| Death Benefit | 1,000,000 | 1,000,000 | 1,000,000 |
| **Summary Year 10** | | | |
| Annualized Premium Outlay | 1,696 | 1,696 | 1,696 |
| Cumulative Annualized Premium | 16,960 | 16,960 | 16,960 |
| Death Benefit | 1,000,000 | 1,000,000 | 1,000,000 |
| **Summary Year 20** | | | |
| Annualized Premium Outlay | 36,696 | 19,201 | 1,696 |
| Cumulative Annualized Premium | 238,375 | 136,190 | 33,919 |
| Death Benefit | 1,000,000 | 1,000,000 | 1,000,000 |

**THIS IS AN ILLUSTRATION, NOT A CONTRACT.**

### Guaranteed
Guaranteed premium rates are those that are guaranteed in the policy. Guaranteed rates are the maximum premium rates that the PHL Variable Insurance Company may charge under the terms of the policy, for the benefits illustrated.

### Non-Guaranteed
Non-guaranteed premium rates are based on the premium rates currently charged by PHL Variable Insurance Company. These rates are not guaranteed and could change depending on PHL Variable Insurance Company's future mortality, persistency, expenses and investment earnings.

### Current
Current premium is based on rates presently charged by Phoenix.

### Midpoint
Midpoint premium rates are based on the average of the guaranteed and the current premiums.

### Statement To Be Signed

I have received this illustration. I understand that any non-guaranteed elements illustrated are subject to change, either higher or lower. The Phoenix Representative has told me they are not guaranteed.

_____      _____
*Signature of Applicant or Owner*                              *Date*

I certify that this has been presented to the applicant and that I have explained that any non-guaranteed elements illustrated are subject to change. I have made no representations that are inconsistent with the illustration.

_____      _____
*Signature of Representative*                                    *Date*

Prepared by:
BRUCE BALTICH

PHL Variable Insurance Company
State of Florida

Form Number T612FL Version 3.30
Prepared on: 06/27/2003 08:50:11
Page 5 of 5



# Phoenix Value Term - 20
*Term Life Insurance*
*A Life Insurance Illustration*

Designed for: **robert Collins**
Male / Age 44 / Preferred / Standard

Initial Face Amount = $1,000,000
Total Initial Annual Premium = $1,585
Premium Mode = Quarterly

## CLIENT INFORMATION TAB

| | | | |
|---|---|---|---|
| Insured: | robert Collins | Unisex: | No |
| Gender: | Male | Retirement Age: | 65 |
| Age Nearest Birthday: | 44 | Insd. Tax Br: | 28.00% |
| Risk Class: | Preferred | Underwriting: | Regular Underwriting |
| Substandard Rating: | No | Client Type: | Bank Relationship |
| | | Revised: | No |
| | | State-of-Issue: | Florida |

## PLAN DESIGN

| | |
|---|---|
| Face Amt Design: | Specified |
| Face Amt: | $1,000,000 |
| Premium Design: | Calculated |
| Premium Mode: | Quarterly |

## COVERAGES AND BENEFITS

| Coverages/Benefits | Amount Type | Amount |
|---|---|---|
| 20 year level 10 year gtd | Specified | $1,000,000 |

## REPORT TAB

| | | | |
|---|---|---|---|
| Include IRR: | No | Cost of Money: | 5.00% |
| Print 5 Year Summaries: | No | | |

---

Prepared by:
BRUCE BALTICH

PHL Variable Insurance Company
State of Florida

Form Number T612FL Version 3.30
Prepared on: 06/27/2003 08:50:11

## PHOENIX
PO Box 8027
Boston MA 02266-8027

**Application for Life Insurance**
**Part I**

Company is defined as indicated below: **(check one)**
☒ Phoenix Life Insurance Company  ☐ PHL Variable Insurance Company  ☐ Phoenix Life and Annuity Company

### Section I - Proposed Insured

Print Name as it is to appear on policy (First, Middle, Last): ROBERT COLLINS
Sex: ☒ Male ☐ Female
Birthdate (Month, Day, Year): Feb REDACTED

Birthplace (State or Country): Miami Florida
United States Citizen: ☒ Yes ☐ No
REDACTED

Marital Status: ☒ Single ☐ Married ☐ Widowed ☐ Divorced ☐ Separated

REDACTED

Home Address (Include Street, Apt. Number, City, State, and ZIP Code): REDACTED
Home Telephone Number:

Give Prior Address if at address less than 2 years (Include Street, Apt. Number, City, State, and ZIP Code):

Current Occupation and Duties: Developer
Employer: Self — 6yrs
Length of Employment: 15yrs (cont-raising)

Business Address (Include Street, Apt. Number, City, State, and ZIP Code):
Bus. Phone No. (Include Ext.): ( )

Email Address:

### Section II - Ownership

☒ A. Insured
☐ B. Successive Owners
☐ B1. Owners Jointly
☐ C. Corporation, its successors or assigns (Include state of incorporation)

☐ D. Partnership (Include Name of all Partners - if partnership is limited, indicate which partners are general partners)
☐ E. Sole Proprietorship (Include Name of Sole Proprietor)
☐ F. Trust (Include Name and Date of Trust, Name of Trustee(s) and Grantor)

(Complete section below if B, C, D, E or F are checked)
If Owner is other than Proposed Insured, Premium Notice will be sent to:

Owner's Name _____

Mailing Address _____
Owner's Email Address _____
Social Security or Tax I.D. Number _____ Relationship _____ Date of Birth _____

**Contingent Owner**
Name _____ Date of Birth _____
Relationship _____

Ultimate Owner: Check one. If none checked, insured will be ultimate owner.
☐ Insured   ☐ Executor or administrator of the survivor of the primary and contingent owners

### Section III - Beneficiary Designation

| | Relationship to Proposed Insured | Date of Birth (If Available) | Social Security No. (If known) |
|---|---|---|---|
| Primary Beneficiary LOIS COLLINS & PAUL SCARBOROUGH - SHARE ALIKE | MOTHER & BUSINESS PARTNER | | |

☐ If this box is checked, each of the Contingent Beneficiaries listed shall receive an equal interest.

| | Relationship to Proposed Insured | Date of Birth (If Available) | Social Security No. (If known) |
|---|---|---|---|
| First Contingent Beneficiary | | | |
| Second Contingent Beneficiary | | | |

If Trust is primary beneficiary: (check one)
☐ Trust under Insured's will
☐ Inter vivos - Name of Trustee _____
    Date of Trust _____

To qualify for payment, beneficiary must be living: (Check A or B, otherwise A will apply)
☒ A. at the Proposed Insured's death.  ☐ B. on the 30th day after the date of the Proposed Insured's death.

**Section IV - Coverage Applied For**

Plan of Insurance  VALUE TERM-20   Basic Policy Amount $1,000,000

**Section V - VARIABLE/UNIVERSAL PLANS of Insurance - Riders and Features**

First Year Anticipated, BILLED Premium (Excluding 1035 Exchange, Lump Sum Funds, etc.)   Subsequent Planned Annual Premium

- ☐ Disability Waiver of a Specified Amount
  Amount $_____
- ☐ Accidental Death Benefit Rider
- ☐ Death Benefit Protection Rider
  ☐ Age 70  ☐ Age 80  ☐ Age 100
- ☐ Purchase Protector _____ units
- ☐ Child's Term Rider
- ☐ Family Term Rider
- ☐ Living Benefit Rider
- ☐ Guaranteed Death Benefit Rider
- ☐ Guaranteed Extension Rider
- ☐ Cash Value Accumulation Rider
- ☐ Age 100 + Rider
- ☐ Individual Term Rider $ _____

**Death Benefit Option:** (check one) If none checked, Option 1 will apply.
- ☐ Option 1 - Level Face Amount
- ☐ Option 2 - Increasing Face Amount

**Face Amount Increase Options:**
- ☐ _____% percentage Increase
- ☐ $ _____ Fixed Dollar Increase
- ☐ Increase Equal to Premiums Paid

**Policy Option:** (check one) If none checked, Option A will apply.
- ☐ Policy Option A
- ☐ Policy Option B
- ☐ Policy Option C
- ☐ Other _____
- ☐ Other _____
- ☐ Other _____
- ☐ Other _____

**Temporary Money Market Allocation**

If the state of issue does not require refund of premium during the Right To Cancel Period, but you prefer to temporarily allocate your premiums to the Money Market subaccount until the end of the Right to Cancel Period, as stated in the policy, indicate: ☐ Yes ☐ No

**Telephone/Electronic Authorization**

**I will receive this privilege automatically.** By checking "Yes", I am authorizing and directing the Company to act on telephone or electronic instructions from my licensed agent who can furnish proper identification. The Company will use reasonable procedures to confirm that these instructions are authorized and genuine. As long as these procedures are followed, the Company and its affiliates and their directors, trustees, officers, employees, representatives and/or agents, will be held harmless for any claim, liability, loss or cost.
☐ Yes ☐ No

**Electronic Delivery Authorization**

By checking "Yes," I am authorizing the Company to provide my statements, prospectuses and other information electronically if available. I understand that I must have Internet access to use this service and there may be access fees charged by the Internet service provider. ☐ Yes ☐ No

**Section VI - Suitability**

Do you understand that if you have purchased a Variable Life Policy and the Death Benefit may be variable or fixed under certain conditions and that the Death Benefit and Cash Values under any Variable Policy may increase or decrease in amount or duration based on the investment experience of the underlying subaccounts and is not guaranteed as to fixed dollar amount? ☐ Yes ☐ No

If you are purchasing a Variable Life Policy, do you believe it is suitable to meet your financial objectives? ☐ Yes ☐ No

If I have purchased a Variable Life Policy, I confirm that I have received the prospectus for that policy and its underlying funds.

Illustrations of benefits including death benefits, policy values and cash surrender values are available on request.

**Section VII - Complete if Temporary Insurance is Requested**

If either of the following questions are answered "Yes" or left blank, no agent or broker is authorized to accept money and a Temporary Insurance Agreement may **not** be issued, and no coverage will take effect.

| Yes | No | |
|---|---|---|
| ☐ | ☒ | 1. Within the past two years have you been treated for heart disease, stroke, or cancer or had such treatment recommended? |
| ☐ | ☒ | 2. Within the past 60 days have you been scheduled or advised to have any diagnostic test (excluding HIV) tests or surgery not yet performed? |

$ 375⁰⁰ has been paid by Robert Collins _____ to the Licensed Agent/Registered Representative indicated in this application, for proposed insurance applied for in this application. This sum is to be applied in accordance with and subject to the terms of the **Temporary Insurance Receipt** bearing the same number as this application.

**Section VIII - TERM/WHOLE LIFE PLANS of Insurance - Riders and Features**

- ☐ Accidental Death Benefit
- ☐ Disability Waiver of Premium on Insured
- ☐ Purchase Protector _____ units
- ☐ Family Protection
- ☐ Children's Protection _____ units
- ☐ Living Benefit Rider
- ☐ Other _____

Cost of Living is automatic (No COL for Term products) unless this box is checked ☐ I do not desire Cost of Living

Additional Death Benefit Riders:
Primary Insurance Term Rider (PITR) $ _____
Other Rider Name _____ Amount $ _____

- ☐ Paid-Up Additions Purchase Options Rider (PAPOR) (check one)
  ☐ PAPOR A-Flexible   ☐ PAPOR B-Flexible with Optionterm
  Number of years payable _____
  Intended premium payments for the first 7 years:
  Year 1 _____   Year 5 _____
  Year 2 _____   Year 6 _____
  Year 3 _____   Year 7 _____
  Year 4 _____   Maximum Amount $ _____

**Dividend Option:**
- ☐ Optionterm
  Optionterm Death Benefit $ _____
  Premium Paying Coverage ☐ Yes ☐ No or
  % of Increase _____
- ☐ Accumulate at Interest (ACCUM)
- ☐ Paid-up Additional Insurance (PUA)
- ☐ One Year Term with Balance to:
  ☐ Cash   ☐ PUA   ☐ ACCUM   ☐ RP
- ☐ Reduce Premium (RP)
- ☐ Cash
- ☐ Other _____
- ☐ Other _____

Automatic Premium Loan, if applicable
☐ Yes ☐ No

Policy Loan Interest Rate, if applicable (If none checked, "Variable" will apply.)
☐ Variable ☐ Fixed

**Section IX - Mode of Premium Payment** - (Please note, there is a higher cost associated with the purchase of a Whole Life or Term policy, if the mode of payment is other than on an annual pay basis. Please consult with your Licensed Agent/Registered Representative.)

- ☐ Annual
- ☐ Monthly (Variable Life Insurance only)
- ☒ Quarterly
- ☐ PCS (Phoenix Check-O-Matic Service)
  Minimum Monthly Check for Each Service - $25.00
- ☐ Semi-Annual

Multiple Billing Option - Give # or Details _____
☐ List Bill  ☐ Employee Insurance Counseling Service (EICS)  ☐ Salary Allotment  ☐ Pension  ☐ Money Purchase Pension
☐ Other _____

**If electing PCS, complete the following:**
Existing Policy Number or PCS File Number _____

**Authorization Agreement for Preauthorized Payments**
I (we) hereby authorize the Company (Note: Company is defined as indicated on page 1 of application) to initiate debit entries to my (our) checking account and the depository named below.

**Information for New Account**
Attach a void check to furnish encoding details.
If the depositor's name is not imprinted on the check, fill it in here exactly as it appears in the bank records.

*Attach Void Check Here*

Signature of depositor (if different from owner) ✓ _Faunt Colins_

Send premium notices to: (in addition to owner)
☐ Insured at:   ☒ Home Address   ☐ Business Address
☐ Other (Name, Relationship to Owner and Address) _____

☐ Secondary Addressee (Name and Address) _____

OL2773FL                          3 of 8                                    4-02
v05211132163390

**Section X - Existing Life Insurance**

Describe all additional coverage in force. Include individual and group. If no coverage inforce, check here ☐.

| Company | Issue Date | Plan | Amount | Personal / Business | |
|---|---|---|---|---|---|
| NONE | | | $ | ☐ | ☐ |
| | | | $ | ☐ | ☐ |
| | | | $ | ☐ | ☐ |

Total Life Insurance in force (if none, indicate) $_____   Total Accidental Death Benefit in force (if none, indicate) $_____

| Yes | No | | |
|---|---|---|---|
| ☐ | ☒ | 1. | Are there any life insurance policies or annuity contracts, owned by, or on the life of, the applicants or the insureds or the owner(s) or the annuitant? |
| ☐ | ☒ | 2. | With this policy, do you plan to replace (in whole or in part) now or in the future any existing life insurance or annuity contract in force with this policy? |
| ☐ | ☒ | 3. | Do you plan to utilize values from any existing life insurance policy or annuity contract (through loans, surrenders or otherwise) to pay any initial or subsequent premium(s) for this policy? |

For all "Yes" answers above, please provide the following information

| Company | Issue Date | Plan | Amount | Personal / Business | |
|---|---|---|---|---|---|
| | | | $ | ☐ | ☐ |
| | | | $ | ☐ | ☐ |
| | | | $ | ☐ | ☐ |

**Section XI - Income**

a. Earned Income  80,000
b. Independent Income
c. Net Worth  1.83 million

**Section XII - Additional Information**

| Yes | No | | |
|---|---|---|---|
| ☐ | ☒ | 1. | Have you used tobacco or nicotine products in any form in the last 10 years? If "Yes," please circle the product(s) used: cigarettes, cigars, pipes, snuff, smokeless or chewing tobacco, nicotine patch or gum. If "Yes," check one: ☐ Use currently  ☐ Date quit _____ |
| ☐ | ☒ | 2. | Have you ever applied for life, accident, or health insurance and been declined, postponed, or been offered a policy differing in plan, amount or premium rate from that applied for? (If "Yes," give date, company and reason). |
| ☐ | ☒ | 3. | Are you negotiating for other insurance? (If "Yes," name companies and total amount to be placed in force.) |
| ☐ | ☒ | 4. | Do you intend to live or travel outside the United States or Canada? (If "Yes," state where and for how long). |
| ☐ | ☒ | 5. | Have you flown during the past three years as a pilot, student pilot or crew member? (If "Yes," complete Aviation Questionnaire). |
| ☐ | ☒ | 6. | Have you participated in the past 3 years or plan to engage in any extreme sport activities such as motorized vehicle, or parachute jumping, or underwater diving, or any other extreme avocation? (If "Yes," complete Avocation Questionnaire). |
| ☐ | ☒ | 7. | Have you in the past three years been the driver of a motor vehicle involved in an accident, or charged with a moving violation of any motor vehicle law, or had your driver's license suspended or revoked? |
| ☐ | ☒ | 8. | Have you ever been convicted of a felony or do you have charges pending? |

Give full details for all "Yes" answers above. If necessary, use an additional piece of paper and please sign it.

| Question # | Details |
|---|---|
| | |
| | |
| | |
| | |
| | |

**Section XIII - Medical History** (Not necessary to complete if medical or paramedical exam has been ordered)

| Height | 5'10" | Weight | ~~121124~~ 199 | Has your weight changed by 10 pounds or more in the past 2 years? If "yes", how much _____ pounds ☐ Gain ☐ Loss |

| Family History: | Age if Alive | Age at Death | If alive, indicate health problems or if deceased, indicate cause of death: | Family History: | Age if Alive | Age at Death | If alive, indicate health problems or if deceased, indicate cause of death: |
|---|---|---|---|---|---|---|---|
| Father ☐ Alive ☒ Deceased | | 65 | REDACTED | Mother ☒ Alive ☐ Deceased | 70 | | |

**Personal Physician:** Please provide the name and address of your personal physician or health care provider, date of most recent visit, reason for visit, and results of treatment (if any):

DR GARY YOUNG
1723 LUCERNE TERRACE
ORLANDO, FLORIDA
(407) 843-1180

Has anyone in your immediate family developed any hereditary condition, cancer, or heart disease before age 60? ☐ Yes (please provide details below) ☒ No

Have you ever had, or been told by a physician or other health care provider that you have:

1. High blood pressure or hypertension?
2. Pain, pressure, or discomfort in the chest, angina pectoris, palpitations, swelling of the ankles, or undue shortness of breath
3. Heart disease, coronary artery disease, cardiomyopathy, heart failure, atrial fibrillation, heart rhythm abnormality, heart murmur, congenital heart disease or valvular heart disease?
4. Peripheral vascular disease, claudication, narrowing or blockage of arteries or veins?
5. Asthma, pulmonary fibrosis, chronic cough, emphysema, pneumonia, or any other lung disease?
6. Neurologic disease, seizures, fainting, falls, concussion, stroke, transient ischemic attack (TIA), tremor, neuropathy, weakness, p Parkinson's disease, memory loss, dementia, or any other diseas of the brain or nervous system?
7. Depression, bipolar disorder, schizophrenia, anxiety, or other psychiatric illness?
8. Arthritis, lupus, or any musculoskeletal or skin disorder?
9. Ulcers, abdominal pain, colitis, Crohn's disease, gall bladder disease, liver disease, hepatitis, jaundice, pancreatitis, or any other disease of the gastrointestinal system?
10. Diabetes, kidney disease, kidney stones, bladder disorder, prostate disorder, protein or blood in the urine?
11. Endocrine disorder, including disorder of the thyroid, parathyroid adrenal, or pituitary glands?
12. Tested positive for exposure to the HIV infection or been diagno as having ARC or AIDS caused by the HIV infection or other sickness or condition derived from such infection?
13. Anemia, bleeding or clotting disorder, or any other disorder of the blood or bone marrow?
14. Cancer of any type, tumor (benign or malignant), leukemia, lymphoma, or Hodgkin's disease?
15. Are you taking any kind of medicine, therapy, or treatment regularly or at frequent intervals?
16. Have you ever been treated for alcoholism or been advised to limit or stop your use of alcohol?
17. Have you ever used narcotics, barbiturates, amphetamines, hallucinogens, or any prescription drug except in accordance with a physician's instructions?
18. Have you ever been a patient in any hospital, treatment center, similar facility within the last 10 years?
19. Have you had, or been advised to have, any surgery, X-rays, electrocardiograms, blood studies (excluding HIV or AIDS tests or other tests within the last 5 years?
20. Other than above, have you had any other physical or psycholo disorder or been treated by a physician or other health care pro for any reason within the past 5 years?

Please provide details of "YES" answers (include question number, diagnosis, date of occurrence, hospital or treating physician's name and address, and current status). Use OL1590 if additional space is necessary to record all details.

REDACTED

Phoenix reserves the right to require additional medical information, medical examination or testing to complete the underwriting process.

## Authorization To Obtain Information

I authorize any physician, health care provider, hospital, clinic or other medically-related facility, insurance company or the Medical Information Bureau (MIB), having any records or knowledge of me or my health, to provide any such information to Phoenix Life Insurance Company and its affiliated insurers (Phoenix) or its reinsurers. I authorize any of the above sources to release to Phoenix or its reinsurers any of my information relating to alcohol use, drug use and mental health care.

Medical information will be used only for the purpose of risk evaluation and determining eligibility for benefits under any policies issued. Phoenix may disclose information it has obtained to others as permitted or required by law, including the MIB, our reinsurers and other persons or entities performing business or legal services in connection with this application, any contract issued pursuant to it or in connection with the determination of eligibility for benefits under an existing policy. Information that is not personally identifiable may be used for insurance statistical studies.

If insurance on any minor child is applied for, this authorization extends to records and knowledge of that child and that child's health. To facilitate rapid submission of information, I authorize all of the above sources, except MIB, to give such records or knowledge to any agency employed by Phoenix to collect and transmit such information.

I authorize consumer reporting agencies, insurance companies, motor vehicle departments, my attorneys, accountants and business associates and the MIB to provide any information to Phoenix or its reinsurers that may affect my insurability. This may include information about my occupation, participation in hazardous activities, motor vehicle record, foreign travel, finances, and other insurance coverage in place.

I acknowledge that I have received a copy of the Notice of Information Practices, including information about Investigative Consumer Reports and the Medical Information Bureau. I authorize the preparation of an investigative consumer report.

This authorization shall continue to be valid for thirty months from the date it is signed unless otherwise required by law. A photocopy of this signed authorization shall be as valid as the original. This authorization may be revoked by writing to Phoenix prior to the time the insurance coverage has been placed in force. I understand my authorized representative or I may receive a copy of this authorization on request.

☐ I do ☒ I do not (check one) require that I be interviewed in connection with any investigative consumer report that may be prepared.

I have reviewed this application, and the statements made herein are those of the proposed insured and all such statements made by the proposed insured in Part I or and in Part II of this application are full, complete, and true to the best knowledge and belief of the undersigned and have been correctly recorded.

I understand that i) no statement made to, or information acquired by any Licensed Agent/Registered Representative who takes this application, shall bind the Company unless stated in Part I and/or Part II of this application, and ii) the Licensed Agent/Registered Representative has no authority to make, modify, alter or discharge any contract thereby applied for.

I understand and agree that the insurance applied for shall not take effect unless and until each of the following has occurred: the policy has been issued by the Company; the premium required for issuance of the policy has been paid in full during the lifetime of the insured; all the representations made in the application remain true, complete and accurate as of the latest of such dates, and there has been no change in the health of any proposed insured that would change the answers to any of the questions in the application.

I understand that if there is any change in my health or physical condition, or if I visit a physician or am hospitalized, subsequent to the date I complete the application or provide any information to be contained in the application, I will inform the Company as soon as possible.

Under penalty of perjury, I confirm that (a) the Social Security or Tax Identification Number shown above is correct, and (b) that I am not subject to back-up withholding. (Strike this out and initial if not true).

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

If I have applied for the Living Benefit Rider, I confirm that I have received a copy of the disclosure form, Summary of Coverage for Accelerated Benefit Rider.

| Proposed Insured's Signature | State Signed In 6-2-03 | Witness (Must be signed in presence of Proposed Insured) | Date 6-2-03 |
|---|---|---|---|
| Owner's Signature (If other than Proposed Insured) | State Signed In | Witness (Must be signed in presence of Owner) | Date |
| Parent's Signature (for minor Insured) | State Signed In | Witness (Must be signed in presence of Parent) | Date |

The Producer hereby confirms he/she has truly and accurately recorded on the application the information supplied by the Proposed Insured; and that he/she is qualified and authorized to discuss the contract herein applied for.

Will the proposed insured replace (in whole or in part) any existing life insurance or annuity contract in force with the policy applied for? ☐ Yes ☒ No

Will the proposed insured utilize values from another insurance policy (through loans, surrenders or otherwise) or annuity to pay for the initial or subsequent premium(s) for the policy applied for? ☐ Yes ☒ No

Are there any life insurance policies or annuity contracts owned by or on the life of the applicants or the insureds or the owner(s) or the annuitant? ☐ Yes ☒ No

| Lic. Agt./Reg. Rep's Name (Print) Bruce W. Baltich | Lic. Agt./Reg. Rep's Email Address bruce.baltich.jvg4@statefarm.com |
|---|---|
| Lic. Agt./Reg. Rep's Signature X   Date 6/2/03 | Agt./Reg. Rep.'s Lic. I.D. No. 900212 | Lic. Agt./Reg. Rep.'s Telephone No. (407) 273-9170 |
| Broker / Dealer Name and Address | Broker/Dealer Number |

OL2773FL　　　　　　　　　　　　　　　　　　　　　　　　　8 of 8　　　　　　　　　　　　　　　　　　　　　　　　　　　4-02

v05211132163390

# PHOENIX

Phoenix Life Insurance Company and its subsidiaries
PO Box 8027
Boston MA 02266-8027

**Producer's Report**

Date **2 June 03**

**1. Describe the Proposed Insured**
 a. Name of proposed insured(s) **Robert Collins**
 b. How long have you known proposed insured? _____
  State relationship _____
 c. Is the proposed insured an existing Phoenix Life customer?
  ☐ Yes  ☒ No
 d. Is there other life insurance in force on the life of the proposed insured? ☐ Yes ☒ No
  Type of policy and amount _____
  Type of policy and amount _____
 e. Are you submitting applications on this life to another company?
  ☐ Yes ☒ No
  Company(s) and amount(s) _____
  Total amount to be placed with all companies _____
 f. Do any proposed beneficiaries reside outside of the U.S.?
  ☐ Yes ☒ No
 g. What is a convenient time for a personal history interview?
  **Anytime**

**2. Describe the Market (Check all that apply)**
 a. ☐ Personal Market:
  • Household Net Worth:
   ☐ Less than $250,000   ☐ $250,000-$499,999
   ☐ $500,000-$1,000,000  ☒ More than $1,000,000
  • Household Income:
   ☐ Less than $50,000   ☐ $50,000-$74,999
   ☒ $75,000-$99,999     ☐ $100,000-$150,000
   ☐ More than $150,000
  • Number of workers in household? **1**
  • Proposed Insured's occupation:
   ☐ Business Owner  ☐ Senior Corporate Executive
   ☐ Professional    ☐ Manager
   ☐ Retired
   ☐ Assoc. of Professional Firm
   ☒ Partner/Principal/Sole Prop. of Professional Firm
   ☐ Other _____
  • Specific Profession:
   ☐ CPA/Accountant  ☐ Attorney
   ☐ Physician       ☐ Dentist
   ☐ Engineer        ☐ Teacher
   ☐ Other **Developer (Land)**
  • Insurance Need(s):
   ☐ Income Replacement  ☐ Retirement Funding
   ☐ Estate Liquidity    ☐ Educational Funding
   ☒ Other **MOTHER & PARTNER**

 b. ☐ Business Market
  • Type of Business Market:
   ☐ Family Business
   ☒ Small Business -
    (Less than 100 employees)
   ☐ Professional Firm
   ☐ Large Corp. Market
   ☐ Government
   ☐ Non-Profit Organization
     *Continue in next column.*

**2. Business Market (continued)**
 • Type of Business:
  ☒ Partnership         ☐ Sole Proprietorship
  ☐ Corporation         ☐ Limited Liability Company
  ☐ S Corporation
   • Year formed? _____
   • Net worth of business? _____
   • Number of employees? _____
   • Annual Sales? _____
 • Insurance Need(s):
  ☒ Buy-Sell Funding    ☐ Executive Bonus
  ☐ Deferred Compensation  ☐ Split Dollar
  ☒ Other **Mother — Buy sell —**
 • Names and titles of key executives:
  Name **Robert Collins**
  Title **Partner**    % Ownership **50%**
  Name **Paul Scarborough**
  Title **Partner**    % Ownership **50%**
  Name _____
  Title _____       % Ownership _____

---

**Complete information in box if applicable.**
Citizenship (Complete only if not a U.S. citizen.)
 • Length of residence in U.S. _____
 • Type of visa held _____
 • Does proposed insured plan to become a U.S. citizen?
  ☐ Yes  ☐ No
 • Is the proposed insured married to a U.S. citizen?
  ☐ Yes  ☐ No
 • Does the proposed insured speak and understand English?
  ☐ Yes  ☐ No
Employment: (Complete only if proposed insured is not employed.)
 • Who will pay premiums? _____
 • What is the amount of insurance on spouse's life for the benefit of the proposed insured?
 • What is the income and occupation of the premium payor?

---

**3. Describe the Fact-finding (Check all that apply)**
 a. ☐ I used personal and/or telephone interviews to identify the customer's goals and product needs.
  Date _____ Place _____
  Date _____ Place _____
  Date _____ Place _____
 b. ☐ I used the following tools to identify the customer's goals and product needs.
  ☐ Self Security Data-taker ☐ Self Security Profiles
  ☐ Tax Returns              ☐ Financial Statements
  ☐ Marketing Fact-finder    ☐ Illustration Systems
  ☐ Capital Needs Analysis   ☐ Estate Planning Software
  ☐ Pension or Profit Sharing Software
  ☒ Other **Discussed FNA — CLIENT STATED SPECIFIC GOALS**

OL2143

11-01

v05211132163390

4. **Describe the Sale** (Check all that apply)
   a. Type of Solicitation:
      ☐ Self Security Analysis   ☐ Salary Savings (EICS)
      ☐ Business Insurance   ☐ Salary Allotment
      ☐ Employee 501(c)(3)   ☒ Gift or Living Legacy
   b. What alternative products were considered and why were they not chosen by the customer? __U.L / Cost__

   c. Did you give proposed insured a Buyer's Guide at application, or will you deliver with policy?
      ☐ At Time of Application   ☒ At Policy Delivery
   d. Will the policy date be current? (Not applicable to variable policies)
      ☒ Yes   ☐ No
      Specify date_____
      Specify age to save _____

5. **Check for Replacement**
   a. Is this insurance intended to replace (in whole or in part) any existing insurance or annuity in this or any other company?
      ☐ Yes   ☒ No
   b. Check the reasons for the sale (Check all that apply)
      ☐ More favorable underwriting classification.
      ☐ Availability of new coverage or improved benefits from Phoenix Life product.
      ☐ Consolidation of coverage with one insurer.
      ☐ Ability to obtain the same or increased coverage from Phoenix Life without an increased projected cost.
      ☐ Ability to obtain less expensive coverage from Phoenix Life based on guaranteed values and benefits.
      ☐ Ability to obtain less expensive coverage from Phoenix Life based on illustrated non-guaranteed values and benefits.
      ☐ Current carrier was unable/unwilling to modify existing policy/annuity to meet customer's objectives.
      ☐ Ability to convert a heavily-loaned policy into a new policy.
      ☐ Historical premium funding of existing policy will not support future premiums.
      ☐ Customer needed different type of product than currently owned.
      ☐ Restructuring ownership; existing policy cannot be transformed to meet current needs.
      ☐ Other. Explain in Additional Comments.

   c. If there was an existing policy or annuity at the time of the solicitation, did any of the following transactions take place with the existing policy in the last 13 months, or are any likely to occur in the future?
      ☐ Lapse
      ☐ Surrender (partial or full)
      ☐ §1035 exchange; estimated premium amount $_____
      ☐ Reduced paid up status
      ☐ Converted to term insurance, reduced death/annuity benefit
      ☐ Reduced face amount
      ☐ Dividend(s) released to pay new coverage
      ☐ Paid-up addition(s) surrendered to pay premiums
      ☐ Future cash outlay reduced
      ☐ Assigned as loan collateral
      ☐ Policy loans made to pay premiums
      ☐ Dividend accumulations withdrawal(s)
      ☐ Paid-up addition withdrawal(s)
      ☐ Continued with a premium stoppage
      ☐ Continued with a premium reduction

   *Continue in next column.*

   d. Was customer given the Phoenix Life replacement brochure (OL2445) and other state-required replacement disclosures? [N/A]
      ☐ Yes   ☐ No
   e. A transaction has occurred that, together with this sale, might appear to be a replacement. However, this is **not** a replacement because: [N/A]
      ☐ The customer used values from an existing policy/annuity for purposes unrelated to this purchase. (Describe actual use of funds in "Additional Comments" section below.)
      ☐ This sale was exempt from replacement form requirements, based on governing state law.
      ☐ The customer restored removed values to the existing policy or annuity.
      ☐ Transaction and reasons why no replacement forms are needed are described in "Additional Comments" section below.

   **Additional Comments**
   _____
   _____
   _____
   _____
   _____
   _____

   **Agent's Statement**
   I agree that no person other than the undersigned shall profit by any commission on insurance issued on this application. (Note: Accurate statement of any division of commission must be made in the space below.) Commission will be paid as described according to contracts on file at the Home Office. Please enter names in the order you wish them to appear on the policy.

   The Producer hereby confirms that the Proposed Insured(s) and Owner(s) if different from Proposed Insured(s), signed this application in his/her presence; that the Producer has truly and accurately recorded on the application the information supplied by the proposed insured(s); and that he/she is qualified and authorized to discuss the contract herein applied for.   900212

| Print Agent's Name | | | Agent Code Number |
|---|---|---|---|
| Bruce Bastich | | | 59-6445 |
| Signature | | | Contract Type |
| ☒ Selling | First Year Commissions | | Renewal Commissions |
| ☐ Servicing | Base % | PAPOR % | Base % | PAPOR % |
| ☐ Both | 100 | | 100 | |

| Print Agent's Name | | | Agent Code Number |
|---|---|---|---|
| Signature | | | Contract Type |
| ☐ Selling | First Year Commissions | | Renewal Commissions |
| ☐ Servicing | Base % | PAPOR % | Base % | PAPOR % |
| ☐ Both | | | | |

| Print Agent's Name | | | Agent Code Number |
|---|---|---|---|
| Signature | | | Contract Type |
| ☐ Selling | First Year Commissions | | Renewal Commissions |
| ☐ Servicing | Base % | PAPOR % | Base % | PAPOR % |
| ☐ Both | | | | |

Agency Manager's Signature _____

Administrative Manager's Signature _____

v05211132163390



**PHOENIX**
Phoenix Life Insurance Company
PHL Variable Insurance Company
Phoenix Life and Annuity Company

**Authorization to Release Medical Information**

THIS AUTHORIZATION COMPLIES WITH THE HIPAA PRIVACY RULE

Robert Collins
Name of proposed insured/patient (please print)

REDACTED
Date of Birth

I authorize any health plan, physician, health care professional, hospital, clinic, laboratory, pharmacy, medical facility, or other health care provider that has provided payment, treatment or services to me or on my behalf within the past 10 years ("My Providers") to disclose my entire medical record and any other protected health information concerning me to Phoenix Life Insurance Company (Phoenix) or its subsidiaries, its agents, employees, and representatives. This includes information on the diagnosis or treatment of Human Immunodeficiency Virus (HIV) infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of mental illness and the use of alcohol, drugs, and tobacco, but excludes psychotherapy notes.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this authorization and I instruct any physician, health care professional, hospital, clinic, medical facility, or other health care provider to release and disclose my entire medical record without restriction.

This protected health information is to be disclosed under this Authorization so that Phoenix may: 1) underwrite my application for coverage, make eligibility, risk rating, policy issuance and enrollment determinations; 2) obtain reinsurance; 3) administer claims and determine or fulfill responsibility for coverage and provision of benefits; 4) administer coverage; and 5) conduct other legally permissible activities that relate to any coverage I have or have applied for with Phoenix.

This authorization shall remain in force for 30 months (24 months in Colorado, Kansas, Kentucky, New York, Oklahoma, and Texas) following the date of my signature below, and a copy of this authorization is as valid as the original. I understand that I have the right to revoke this authorization in writing, at any time, by sending a written request for revocation to Phoenix at One American Row, Hartford, CT 06102, Attention: Chief Privacy Officer. I understand that a revocation is not effective to the extent that any of My Providers has relied on this Authorization or to the extent that Phoenix has a legal right to contest a claim under an insurance policy or to contest the policy itself. I understand that any information that is disclosed pursuant to this authorization may be redisclosed and no longer covered by federal HIPAA rules governing privacy and confidentiality of health information. However, Phoenix maintains full compliance with other applicable federal and state privacy rules. A copy of the Phoenix privacy policy is available upon request.

I understand that if I refuse to sign this authorization to release my complete medical record, Phoenix may not be able to process my application, or if coverage has been issued may not be able to make any benefit payments. I acknowledge that I have received a copy of this authorization.

Robert Collins
Signature of Proposed Insured/Patient or Personal Representative

6-2-03
Date

Description of Personal Representative's Authority or Relationship to Patient

OL4076                Copy Home Office    Copy Proposed Insured                3-03

 **PHOENIX**  Phoenix Life Insurance Company and its subsidiaries
PO Box 8027
Boston MA 02266-8027

**Notice and Consent for HIV-Related Testing**

To evaluate your insurability, the Insurer named above (Phoenix Life Insurance Company and its subsidiaries) has requested that you provide a sample of your blood, oral fluid extracted from cheek and gum tissue, or urine for testing and analysis to determine the presence of human immunodeficiency virus (HIV) antibodies. By signing and dating this form you agree that this test may be done and that underwriting decisions will be based on the test result. A series of tests will be performed by a certified laboratory through a medically accepted procedure.

**Pre-Testing Considerations**

Many public health organizations have recommended that before taking an AIDS-related blood test, a person seek counseling to become informed by concerning the implications of such a test. You may wish to consider counseling, at your expense, prior to being tested.

**Meaning of Positive Test Result**

The test is not a test for AIDS. It is a test for antibodies to the HIV virus, the causative agent for AIDS, and shows whether you have been exposed to the virus. A positive test result does not mean that you have AIDS but that you are at significantly increased risk of developing problems with your immune system. The test for HIV antibodies is very sensitive. Errors are rare, but they do occur. Your private physician, a public health clinic, or an AIDS information organization in your city might provide you with further information on the medical implications of a positive test. Positive HIV antibody test results will adversely affect your application for insurance.

**Confidentiality of Test Results**

All test results are required to be treated confidentially. They will be reported by the laboratory to the Insurer. The test results may be disclosed as required by law or may be disclosed to employees of the Insurer who have the responsibility to make underwriting decisions on behalf of the insurer or to outside legal counsel who needs such information to effectively represent the Insurer in regard to your application. The results may be disclosed to a reinsurer, if the reinsurer is involved in the underwriting process. The test may be released to an insurance medical information exchange under procedures that are designed to assure confidentiality, including the use of general codes that also cover results of tests for other diseases or conditions not related to AIDS, or for the preparation of statistical reports that do not disclose the identity of any particular person. If your HIV test results are normal, no routine notification will be sent to you. If you are a resident of Florida and your HIV test is other than normal, the Insurer will disclose test results to the Florida Department of Health as required by law. If the HIV test results are other than normal, the Florida Health Department will contact you.

**Consent**

I have read and I understand this Notice and Consent for HIV-Related Testing. I voluntarily consent to the collection of a sample of blood, oral fluid extracted from cheek and gum tissue, or urine from me, the testing of that sample, and the disclosure of the test results as described above.

I understand that I have the right to request and receive a copy of this authorization. A photocopy of this form will be as valid as the original.

_____
Signature of Proposed Insured or Parent/Guardian

6-2-03
_____
Date Signed

OL1359    Original to Home Office    Copy to Proposed Insured    4-03