**PHOENIX**

PO Box 8027
Boston MA 02266-8027

EXHIBIT B

**Request for Policy Change**

See Reverse Side for Instructions, Non-medical Application, Agent's Report

| POLICY NUMBER | NAME OF INSURED | ASSIGNED AGENT | AGENCY REQUESTING CHANGE |
|---|---|---|---|
| 40.025,168 | ROBERT COLLINS | | |

Phoenix Life Insurance Company, of Hartford, Connecticut is hereby requested to change said policy as indicated below:

**1. CHANGE THE FOLLOWING TO:**
- ☑ Amount  Reduce to 500,000 insured
- ☐ *Plan:
- ☐ Policy Date:
- ☐ *Date of Birth:
- ☐ Rated Age:

Regular Premium  $
Extra Premium  $

**TO BE COMPLETED BY HOME OFFICE** When a copy of this form is attached to and made a part of said policy, the premium shall be as shown below.

**2. FEATURES (UNLESS OTHERWISE INDICATED, ANY PRESENT FEATURES WILL BE RETAINED):**

Add*  Cancel
- ☐ ☐ Waiver of Premium
- ☐ ☐ Accidental Death Benefit
- ☐ ☐ Level Term, Amount $ _____
  - ☐ with ADB   ☐ without ADB
- ☐ ☐ Purchase Protector, Units _____
- ☐ ☐ Family Protection Plan, Units _____
- ☐ ☐ Children's Protection Plan, Units _____
- ☐ ☐ Cost of living, Amount $ _____
- ☐ ☐ Paid-up Additions Purchase Rider for premium of $ _____ bought _____ (Frequency)
- ☐ ☐ Payor Death
- ☐ ☐ Payor Disability
- ☐ ☐ _____
- ☐ ☐ _____

**3. PREMIUMS SHALL BE:**
- ☐ Quarterly   ☐ Semi-Annual   ☐ Payroll Deduction
- ☐ Annual   ☑ Check-O-Matic

Above method will determine the due dates with at least one premium payable on policy anniversary.

**4. CHANGE THE FOLLOWING TO:**
- ☐ Automatic Premium Loan
  - ☐ Operative   ☐ Non-operative
- ☐ Automatic Nonforfeiture Provision
  - ☐ Extended Insurance (if eligible under policy)
  - ☐ Paid-up Insurance

**5. DIVIDEND METHOD SHALL BE:**
- ☐ Cash   ☐ Accumulate
- ☐ Reduce Premium   ☐ Paid-up Additions
- ☐ *Buy One-year term with balance as shown below:
- ☐ Buy Deferred Additions with balance as shown below: (Economaster Plans only)
  - ☐ Cash   ☐ Accumulate
  - ☐ Reduce Premium   ☐ Paid-up Additions

Unless otherwise provided below, any existing dividends will be retained on present basis.

**6. RELEASE DIVIDEND AND PAID-UP VALUES AS FOLLOWS:**
- ☐ Release Accumulated Dividends
- ☐ Surrender Paid-up Additions**
and apply the cash value thereof as follows (state All or Amount Needed if dollar amount not known)
- ☐ $ _____ to TIR on Application No. _____
- ☐ $ _____ to TIR Policy No./PDF Agreement No. _____
- ☐ $ _____ on premium under Policy No. _____
- ☐ $ _____ to reduce loan on Policy No. _____
- ☐ Pay $ _____ in cash
- ☐ Apply existing dividend values to new method shown under 5 above, subject to evidence of insurability if necessary
- ☐ Other _____

** Unless otherwise requested in comments section, a surrender of paid-up additions will also surrender any paid-up additions resulting from the company's 1982 More For Your Money increased insurance amendment.

**COMMENTS:** CHANGE (1.) TO MONTHLY PAYMENT $78.10 MONTH EXISTING POLICY TO (2.) REDUCED INSURANCE AMOUNT FROM $1,000,000 TO $500,000

*ASTERISKED CHANGES REQUIRE COMPLETION OF NON-MEDICAL APPLICATION ON REVERSE

**TO BE COMPLETED BY HOME OFFICE**

Premiums shall be _____ _____ thereafter as provided in the policy.

Cost to complete this change and fully pay the policy to _____ is _____ payable in one sum on _____. Allowance for the change with premiums paid to _____ is _____

This allowance shall be applied: _____

MINOR CORRECTIONS (No change will be made in amount or plan of insurance)

These changes will be based upon the statements and representations made in any Non-medical Application and Evidence of Insurability, if any, submitted in connection with this change, a copy of which is attached to the policy.

***ANY STATEMENTS CONTAINED IN THE NON-MEDICAL APPLICATION ON THE REVERSE SIDE HEREOF ARE BINDING ON THE UNDERSIGNED.***

Signed at _____ on 30 MAY 11   Insured  Robert Collins
        (City and State)         (Date)                  (Signature of Insured is necessary if Non-medical Application Completed)

Owner   ROBERT COLLINS

Spouse of Insured _____   Assignee _____
(Signature of spouse needed if spouse to be covered person)

OL180A 11-84                 Page 2 of 5                 9-04