EXHIBIT C

 **StateFarm**®

| Facsimile Cover Sheet | Confidential Business | State Farm® |
| Carátula de facsímil | Confidencial Empresarial | Providing Insurance and Financial Services |
| | | Su Compañía de Seguros y Servicios |
| | | Financieros Home Office, Bloomington, |
| | | Illinois 61710 |
| | | Oficina Centrale, Bloomington, Illinois |

**Monday, August 31, 2020 9:02:28 AM**

| To / A | Date / Fecha |

| Office/Address / Oficina/Dirección | Phone |

| | 3214006318 | 05 |
| Telephone number / Número de teléfono | Fax number / Número de fax | Total pages / Cantidad de páginas |

| Insured / Asegurado(a) | Claim number / Número de reclamo | Policy number / Número de póliza |

| **Notice: Confidential Business message** | The information contained in this facsimile and any attachments contains confidential business material intended for the sole use of the individual(s) named above. If you are not an intended business recipient listed above, or an employee or agent of such recipient who is responsible for delivering this material to them, you are hereby notified that any disclosure, duplication, distribution, or other use of this | information, or the taking of any action in reliance on the contents of this transmission, without the express written consent of State Farm®, is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender immediately by telephone, so the return of this material can be arranged at no cost to you. |

| **Aviso: Confidencial de la Empresa mensaje** | La información que se encuentra en el de este facsímil y cualquier documento adjunto contiene material confidencial de la empresa para uso exclusivo de la(s) persona(s) nombrada(s) anteriormente. Si usted no es el destinatario mencionado anteriormente, o un empleado o agente de dicho destinatario que sea responsable de entregar este material al mismo, por la presente se le notifica que cualquier divulgación, duplicación, distribución, u otro uso de esta | información, o cualquier medida que se tome basada en el contenido de esta transmisión, sin el expreso consentimiento por escrito de StateFarm®, está ESTRICTAMENTE PROHIBIDA. Si usted recibió esta transmisión por equivocación, por favor notifíquenos inmediatamente por teléfono para que podamos hacer los arreglos necesarios para que nos devuelva este material sin costo alguno para usted. |

| From / De | Orlando |

| Office/Address/Location / Oficina/Dirección/Lugar |

| 407-273-9170 | 407-380-5060 |
| Telephone number / Número de teléfono | Fax number / Número de fax |

Message / Mensaje:
**Request for Change of beneficiary form for Robert Collins Policy #40025168**

1004519                                                    119545 03-03-2014 190-6580 a.8

**From:** Robert Collins [mailto: 
**Sent:** Saturday, August 29, 2020 4:44 PM
**To:** Jeimmy T Caita <jeimmy.t.caita.y9ao@statefarm.com>
**Cc:** Robert Collins <r REDACTED  Mark Puig REDACTED
**Subject:** [EXTERNAL] Re: Change of beneficiary form

Hello Jeimmy,

It was nice speaking with you and Bruce yesterday.  Per Bruce's request, I've attached the change of beneficiary document with the changes we discussed.  I did not include the social security numbers for me, Mark or my Mother. Please call me and I can provide those over the phone.\

Thanks again for your assistance,

Robert Collins
REDACTED


On Friday, August 28, 2020, 04:47:35 PM EDT, Jeimmy T Caita <jeimmy.t.caita.y9ao@statefarm.com> wrote:

Robert,

Attach please find the beneficiary change form, please verify on page 2 that the beneficiaries are the way you want them. They are both listed as primary with 70% to Mark and 30% to Lois. On page 2, sign next to your name and date, and have a disinterested witness sign witness signature. Also fill out the social security, address, DOB, and phone number for each of the beneficiaries.

Please fax or mail to the information to the listed number. Hope this was helpful and don't hesitate to call us. Thank you!



*Jeimmy T. Caita* Licensed Agent
198 S. Semoran Blvd
Orlando, FL 32807-9170
Phone 407-273-9170    Fax 407-380-5060
*Click here to write a Google review*

**Bruce Baltich Insurance Agency**



if this communication is securities related, see the additional disclosures

Policy/Contract Number _____

## Section 2 - Beneficiary Designation - *continued*

Make a copy of the signed form for your records.

√ **Check one:**
- ☐ Primary
- ☐ Contingent

√ **Check one:**
- ☐ Equally
- ☐ _____ % per share

√ **Check one:**
- ☐ Spouse
- ☐ Child
- ☐ Trust
- ☐ Other _____

Beneficiary Name

Social Security No. / Tax ID No.          Date of Birth / Date of Trust

Address

Telephone No.

√ **Check one:**
- ☐ Primary
- ☐ Contingent

√ **Check one:**
- ☐ Equally
- ☐ _____ % per share

√ **Check one:**
- ☐ Spouse
- ☐ Child
- ☐ Trust
- ☐ Other _____

Beneficiary Name

Social Security No. / Tax ID No.          Date of Birth / Date of Trust

Address

Telephone No.

**If any additional pages/attachments are needed to complete this change, please sign, date and provide the policy number on each page.**

## Section 3 - Signatures and Date

**CURRENT Individual Owner**

If the CURRENT OWNER is a INDIVIDUAL, complete the following. If you reside in Massachusetts, a signature of a Disinterested Witness **MUST** be obtained.

| Owner Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|---|---|---|---|---|
| Robert Collins | Robert Collins | | | |
| Owner Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |

**CURRENT Non-Individual Owner**

If the CURRENT OWNER is a NON-INDIVIDUAL, complete the following.

Full Name of Trust, Entity, Corporation or Other: _____ Date of Trust _____

Signing in the capacity as:  ☐ Trustee(s)  ☐ Partner(s)  ☐ Officer (List Title) _____
**(Attach Corporate Resolution)**

☐ Other _____

| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
|---|---|---|---|---|
| | | | | |
| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |
| Name (Print First, Middle, Last) | Signature | Disinterested Witness Signature | State Signed In | Date (mm/dd/yyyy) |

The updated beneficiary designation will be available for review at www.nsre.com within 10 days of receipt of your request.

**Complete ONLY if form is being modified after the original sign date.**

**I CERTIFY that this form was modified by me, the Owner on ___/ ___/ ___. Sign below (If Non-Individual, include the capacity in which you are signing). Signature:** _____

 **NASSAU RE**   Nassau Life and Annuity Company (the Company)              **Beneficiary Change**
Nassau Life Insurance Company (the Company)
PHL Variable Insurance Company (the Company)
Nassau Life and Annuity Insurance Company (the Company)

*MAIL*

**Contact Information**

*Mail* completed form to:
__Regular Mail__: PO Box 22012, Albany, NY 12201-2012
__Overnight Mail__: 15 Tech Valley Dr., Suite 201, East Greenbush, NY 12061-4142

*Fax* completed form to:
__Traditional Life__: (321) 400-6318
__Variable Life__: (321) 400-6316
__Annuity__: (321) 400-6317

*FAX or Traditional*

*Phone*:
__Traditional Life__: (800) 628-1936
__Variable Life or Annuity__: (800) 541-0171

Complete information helps us honor our promise to you.

We realize that we are asking for a lot of information and we would like you to know why. Usually, a long period of time elapses between the designation of a beneficiary and the payment of a death claim. During this time beneficiaries change address, children and grandchildren may be born, and many other changes can occur. Our commitment continues beyond the death of the insured to each of the named beneficiaries. To ensure that we meet our commitment, we use information such as date of birth and social security number to identify and/or locate each beneficiary to whom we owe payment.

Please help us ensure that your beneficiaries are paid as quickly and accurately as possible by providing us as much of the following information as possible on the accompanying form.

For each beneficiary we request the following information:

| Full Name | Date of Birth | Social Security Number or Tax ID Number | Phone Number | Address |

__Sample Designations:__

◆ *One Beneficiary:*
**Primary:** . . . . . . . . Joan Smith    **Relationship:** . . . . . . . Spouse    **Percentage:** . . . . . . . . 100%

◆ *One Primary Beneficiary and one Contingent Beneficiary:*
**Primary:** . . . . . . . . Joan Smith    **Relationship:** . . . . . . . . . Spouse    **Percentage:** . . . . . . . . 100%
**Contingent:** . . . William B Smith    **Relationship:** . . . . . . . . . Father    **Percentage:** . . . . . . . . 100%

◆ *Two Primary Beneficiaries, each getting a different amount:*
**Primary:** . . . . . . . . Joan Smith    **Relationship:** . . . . . . . . . Spouse    **Percentage:**    75%
**Primary:** . . . . . William B Smith    **Relationship:** . . . . . . . . . Father    **Percentage:**    25%

◆ *Trust:*
**Primary:** . . . . Patrick W Smith Irrevocable Trust Dated October 15, 1995, Richard Jones, Trustee
**Relationship:** . . . . . . . . . Trust                                    **Percentage:** . . . . . . . . 100%

◆ *A Minor Child under UTMA with nominated custodian:*
**Primary:** . . . . Christine Smith under New York UTMA, Mary Smith as custodian

**In order to comply with Office of Foreign Assets Control (OFAC) regulations the Company must obtain the full name of any beneficiaries of the Company policy, and cannot accept beneficiary designations such as "per stirpes", "lawful/all my children", "issue", "descendants".**

OL122A                                    1 of 3                                    11-19

 **NASSAU RE**

Nassau Life and Annuity Company (the Company)
Nassau Life Insurance Company (the Company)
PHL Variable Insurance Company (the Company)
Nassau Life and Annuity Insurance Company (the Company)
**Regular Mail:** PO Box 22012, Albany, NY 12201-2012
**Express Mail:** 15 Tech Valley Drive, Suite 201, East Greenbush, NY 12061-4142

**Designation of Beneficiary**

### Section 1 - Policy Information

| Insured/Annuitant Name | Policy/Contract Number |
|---|---|
| Robert Collins | 4002 5168 |

| Date of Birth | Telephone number | Social Security Number |
|---|---|---|
| REDACTED | | |

### Section 2 - Beneficiary Designation

I hereby designate the following as beneficiary(ies) to receive any death benefit that becomes payable under this policy/contract. Payment will be made to the beneficiaries that survive the insured, successively, in the following order:

- Primary Beneficiaries
- then Contingent Beneficiaries          (If no Primary Beneficiary living at the death of the insured)
- then The owner or owner's Estate   (If no Contingent Beneficiary living at the death of the insured)

I reserve the right to revoke or change any beneficiary designation in the future. I revoke any previous beneficiary designations and settlement agreements that apply to the amount payable under the policy/contract in the event of the death of the insured.

I understand that if I reside in a community property or marital property state and have not named my spouse as the sole beneficiary, my spouse may need to consent to the non-spouse designation. It is my responsibility to seek legal counsel with questions regarding this designation. Should spousal consent be required, the Company is not liable for any consequences resulting from my failure to obtain proper consent.

**FLORIDA RESIDENTS ONLY:** You may not name your agent as your beneficiary unless and until you provide proof that your agent falls under the definition of "family members" as defined by Florida state law.

The Policy Protector Test may not be satisfied (and the Guaranteed Death Benefit and Policy Protector Benefit may terminate) if we determine at any time during the life of the policy that a beneficiary or ownership designation has been procured in order to transfer ownership or any benefits under the policy to a third party without an insurable interest. Please refer to your policy for details.

**Even if you are only adding/changing the Contingent Beneficiary, you must restate the Primary Beneficiary.**

| | |
|---|---|
| ☒ Primary (Required) | Mark Puig (PUiG) |
| | Beneficiary Name |
| **✓ Check one:** | REDACTED |
| ☐ Equally | Social Security No. / Tax ID No.      Date of Birth / Date of Trust |
| ☒ _70_ % per share | REDACTED      FL 3478G |
| **✓ Check one:** | Address |
| ☒ Spouse | REDACTED |
| ☐ Child | |
| ☐ Trust | |
| ☐ Other _____ | Telephone No. |

| | |
|---|---|
| **✓ Check one:** | Lois Collins |
| ☒ Primary | Beneficiary Name |
| ☐ Contingent | REDACTED |
| **✓ Check one:** | Social Security No. / Tax ID No.      Date of Birth / Date of Trust |
| ☐ Equally | REDACTED      FL 32812 |
| ☒ _30_ % per share | |
| **✓ Check one:** | Address |
| ☐ Spouse | REDACTED |
| ☐ Child | |
| ☐ Trust | |
| ☒ Other _Mother_ | Telephone No. |

**Continued on next page.**

Please **make a copy of the signed form** for your records as you will not receive confirmation of the change.