EXHIBIT F

**From:** t collins REDACTED
**Sent:** Monday, December 7, 2020 10:47 AM
**To:** John Morocco <jmorocco@nsre.com>
**Subject:** Re: PVT Nassau Claim Information #40025168

**External Email:** Review the address carefully; use extreme caution with external links; follow policy regarding confidential or non-public information.

Good Morning Jack,

Attached is a copy of a letter from my mother Lois A Collins, contesting the policy #40025168, and requesting for Nassau not to pay the policy at this time.

The original copy is being mailed to you at the P.O. Box # you gave me.

Please feel to call me with any questions or concerns you may have, at REDACTED

Kind regards,
Tammy Collins

December 2, 2020

Dear Jack Morocco,

As per our conversation, I, Lois A. Collins is requesting for the policy #40025168 not be paid at this time.

I am formally contesting the validity and legitimacy of the recent changes to the policy.

If you have further questions or concerns you may reach me at REDACTED or reach my daughter Tammy Collins, who is working on my behalf, at REDACTED or REDACTED

Sincerely,

*Lois A. Collins*

Lois A. Collins