UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 21-cv-563 CEM-EJK.

PHL VARIABLE INSURANCE COMPANY,

        Plaintiff,

v.

MARK PUIG and LOIS COLLINS,

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), Plaintiff PHL Variable Insurance Company, certifies that the instant action is not related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated: April 30, 2021

MCDOWELL & HETHERINGTON LLP
Attorneys for Plaintiff PHL
2385 N.W. Executive Center Drive, Suite 400
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 fax

By: /s/ Wendy L. Furman
WENDY L. FURMAN
Fla. Bar No. 0085146
wendy.furman@mhllp.com

## CERTIFICATE OF SERVICE

      I certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of this document was served by E-mail on the following:

      Clay A. Deatherage, Esq.
      BLOODWORTH LAW, PLLC
      801 N. Magnolia Avenue, Ste. 216
      Orlando FL 32803
      cdeatherage@lawerfightsforyou.com
      Counsel for Defendant Luis Collins

      Hallie Zoble, Esq.
      Scott A. Livingston, Esq.
      CPLS, P.A.
      201 East Pine Street, Suite 445
      Orlando, FL 32825
      Hzobel@CPLSPA.com
      SLivingston@cplspa.com
      Counsel for Defendant Mark Puig

      /s/ Wendy Furman
      Wendy L. Furman