UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 21-cv-563 CEM-EJK.

PHL VARIABLE INSURANCE COMPANY,

        Plaintiff,

v.

MARK PUIG and LOIS COLLINS,

        Defendants.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, PHL Variable Insurance Company (PHL), pursuant to this Court's Interested Persons Order dated April 16, 2021 [ECF No. 5] and Federal Rule of Civil Procedure 7.1, discloses the following:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    PHL, Plaintiff

    Wendy L. Furman, Esq., McDowell Hetherington LLP, Counsel for Plaintiff

McDowell Hetherington LLP

PHL, a Connecticut life insurance company, is not a publicly traded company and is a wholly-owned subsidiary of The Phoenix Companies, Inc. ("PNX"). PNX is a privately-held Delaware corporation. No parent corporation or any publicly-held corporation owns ten percent or more of PNX's stock.

Mark Puig, Defendant

Hallie Zoble, Esq., CPLS, P.A., Counsel for Defendant Mark Puig

Scott A. Livingston, Esq., CPLS, P.A., Counsel for Defendant Mark Puig

CPLS, P.A.

Luis Collins, Defendant

Clay A. Deatherage, Esq. Bloodworth Law, PLLC Counsel for Defendant Luis Collins

Bloodworth Law, PLLC

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Dated: April 30, 2021

MCDOWELL & HETHERINGTON LLP
Attorneys for Plaintiff PHL
2385 N.W. Executive Center Drive, Suite 400
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 fax

By: /s/ Wendy L. Furman
WENDY L. FURMAN
Fla. Bar No. 0085146
wendy.furman@mhllp.com

## CERTIFICATE OF SERVICE

I certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of this document was served by E-mail on the following:

Clay A. Deatherage, Esq.
BLOODWORTH LAW, PLLC
801 N. Magnolia Avenue, Ste. 216
Orlando FL 32803
cdeatherage@lawerfightsforyou.com
Counsel for Defendant Luis Collins

Hallie Zoble, Esq.
Scott A. Livingston, Esq.
CPLS, P.A.
201 East Pine Street, Suite 445
Orlando, FL 32825
Hzobel@CPLSPA.com
SLivingston@cplspa.com
Counsel for Defendant Mark Puig

Wendy Furman
Wendy L. Furman