**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 6:21-cv-563-CEM-EJK |
| v. | )<br>)<br>) |
| MARK PUIG and LOIS COLLINS, | )<br>) |
| Defendants. | )<br>)<br>) |

## **NOTICE OF APPEARANCE**

Scott A. Livingston, Esq., of the law firm CPLS, P.A., hereby makes his appearance on behalf of the Defendant, MARK PUIG, in the above-captioned matter, and hereby requests that all documents, pleadings, notices, correspondence, and other communication(s) be directed to him at the below number, physical address, and e-mail address.

May 21, 2021

**CPLS, P.A.**
Attorneys | Consultants | Mediators
201 E. Pine Street, Suite 445
Orlando, Florida 32801
(T) 407-647-7887
(F) 407-647-5396
CPLS File No. 4370-1

_____
Scott A. Livingston, Esq.
Florida Bar No. 0126314
Primary Email: slivingston@cplspa.com
Secondary Email: courtefiling@cplspa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of this document was served by E-mail on the following:

| Wendy L. Furman, Esq.<br>McDowell & Hetherington LLP<br>2385 N.W. Executive Center Drive, Suite 400<br>Boca Raton, FL 33431<br>Wendy.furman@mhllp.com | Clay A. Deatherage, Esq.<br>BLOODWORTH LAW, PLLC<br>801 N. Magnolia Avenue, Ste. 216<br>Orlando, FL 32803<br>cdeatherage@lawyerfightsforyou.com |
|---|---|

May 21, 2021

_____
Scott A. Livingston, Esq.
Florida Bar No. 0126314
slivingston@cplspa.com