**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PHL VARIABLE INSURANCE COMPANY,

    Plaintiff,

v.

MARK PUIG and LOIS COLLINS,

    Defendants.

Case No.: 6:21-cv-563-CEM-EJK

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, MARK PUIG, by and through his undersigned counsel and pursuant to this Court's Interested Persons Order dated April 16, 2021 [Doc. 5] and Federal Rule of Civil Procedure 7.1, files and serves this Certificate of Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    A.    PHL Variable Insurance Company – Plaintiff

    B.    The Phoenix Companies, Inc. – Parent Corporation of Plaintiff

    C.    Wendy L. Furman – Attorney for Plaintiff

    D.    McDowell Hetherington LLP – Counsel for Plaintiff

    E.    Mark Puig - Defendant

    F.    Scott A. Livingston – Attorney for Defendant, Mark Puig

    G.    Hallie Zoble – Attorney for Defendant, Mark Puig

    H.    CPLS, P.A. – Counsel for Defendant, Mark Puig

    I.    Lois Collins – Defendant

    J.    Clay A. Deatherage – Attorney for Defendant, Lois Collins

    K.    Bloodworth Law, PLLC – Counsel for Defendant, Lois Collins

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

*PHL Variable Ins. Co. v. Mark Puig and Lois Collins*  Case No.: 6:19-cv-563 CEM-EJK
Defendant's Certificate of Interested Persons  Page 3

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of this document was served by E-mail on the following:

| Wendy L. Furman, Esq.<br>McDowell & Hetherington LLP<br>2385 N.W. Executive Center Drive, Suite 400<br>Boca Raton, FL 33431<br>Wendy.furman@mhllp.com | Clay A. Deatherage, Esq.<br>BLOODWORTH LAW, PLLC<br>801 N. Magnolia Avenue, Ste. 216<br>Orlando, FL 32803<br>cdeatherage@lawyerfightsforyou.com |
|---|---|

**CPLS, P.A.**
Attorneys | Consultants | Mediators
201 E. Pine Street, Suite 445
Orlando, Florida 32801
(T) 407-647-7887
(F) 407-647-5396
*Attorneys for Mark Puig*
CPLS File No. 4267-1

May 21, 2021

_____
Scott A. Livingston, Esq.
Florida Bar No. 0126314
slivingston@cplspa.com

3