# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) Case No.: 6:21-cv-563-CEM-EJK |
| v. | ) ) ) |
| MARK PUIG and LOIS COLLINS, | ) ) |
| Defendants. | ) ) |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), Defendant, MARK PUIG, certifies that the instant action is not related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

May 21, 2021

**CPLS, P.A.**
Attorneys | Consultants | Mediators
201 E. Pine Street, Suite 445
Orlando, Florida 32801
(T) 407-647-7887
(F) 407-647-5396
CPLS File No. 4370-1

_____
Scott A. Livingston, Esq.
Florida Bar No. 0126314
Primary Email: slivingston@cplspa.com
Secondary Email: courtefiling@cplspa.com

Case 6:21-cv-00563-CEM-EJK   Document 13   Filed 05/21/21   Page 2 of 2 PageID 67

*PHL Variable Ins. Co. v. Mark Puig and Lois Collins*  Case No.: 6:19-cv-563 CEM-EJK
Defendant's Notice of Pendency of Other Actions  Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of this document was served by E-mail on the following:

| | |
|---|---|
| Wendy L. Furman, Esq.<br>McDowell & Hetherington LLP<br>2385 N.W. Executive Center Drive, Suite 400<br>Boca Raton, FL 33431<br>Wendy.furman@mhllp.com | Clay A. Deatherage, Esq.<br>BLOODWORTH LAW, PLLC<br>801 N. Magnolia Avenue, Ste. 216<br>Orlando, FL 32803<br>cdeatherage@lawyerfightsforyou.com |

May 21, 2021

_____
Scott A. Livingston, Esq.
Florida Bar No. 0126314
slivingston@cplspa.com