EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 21-cv-563 -CEM-EJK

PHL VARIABLE INSURANCE COMPANY,

Plaintiff,

v.

MARK PUIG and LOIS COLLINS,

Defendants.
_____/

## DECLARATION OF NICHOLLE SMITH IN SUPPORT OF PLAINTIFF/COUNTER-DEFENDANT PHL VARIABLE INSURANCE COMPANY'S MOTION TO DISMISS DEFENDANT/COUNTER-PLAINTIFF <u>LOIS COLLINS' COUNTERCLAIM</u>

I, Nicholle Smith declare:

1. I am the Director, Operations for The Nassau Companies of New York, an affiliate company of PHL Variable Insurance Company ("PHL"). I submit this Declaration in support of PHL's Motion to Dismiss Defendant/Counter-Plaintiff Lois Collins' Counterclaim. The facts contained in this Declaration are based on my own personal knowledge and a review of PHL's records, and if called as a witness, I would and could testify to the following facts.

2. In my capacity as Director, Operations, I am familiar with PHL's insurance products, and have access to specimen policies for PHL policies and other

files contained within PHL's business records. I am also familiar with the specific policy at issue in this case, life insurance policy number 40025168 (the "Policy") that was issued by PHL to Robert Collins on August 18, 2003.

3. At the time the Policy was issued, PHL utilized standardized policy contract forms when issuing insurance policies to customers. These forms were approved for use by state insurance regulators and assigned form numbers by PHL. Such forms contain the terms and conditions applicable to a specific type of insurance product that is sold to multiple customers. PHL maintained these forms in the ordinary course of business.

4. PHL generally did not retain a photocopy of each individual insurance policy issued to its customers. Instead, it maintained business records that indicate the form or forms upon which each contract was issued.

5. The original Policy was provided to Robert Collins at issuance. PHL did not maintain a photocopy of the original but has records that specify that the policy was issued on the T612 FL form.

6. PHL created and maintained a true and correct copy of the policy form T612 FL, upon which the Policy PHL issued to Robert Collins was issued, as part of its regular course of business, and which is attached as Exhibit 1-A.

7.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 24, 2021, at East Greenbush, New York.

By: _____
NICHOLLE SMITH