**APPROVED**

| Date Received: | Date of Action: |
|---|---|
| **FEB 3 2003** | **FEB 17 2003** |

OFFICE OF INSURANCE REGULATION

EXHIBIT 1-A

# PHL VARIABLE INSURANCE COMPANY

---

| | | | |
|---|---|---|---|
| Insured: | [John Phoenix] | Issue Age and Sex: | [35 - Male] |
| Policy Number: | [3 000 000] | Policy Date: | [February 1, 2003] |
| Face Amount: | [$250,000.00] | Issue Date: | [February 1, 2003] |

Dear Policyowner:

Thank You for purchasing this life insurance policy from PHL Variable Insurance Company.

We agree to pay the benefits of this policy in accordance with its provisions. For service or information, you may contact the agent through whom it was purchased, any of Our agency offices or at the address and phone number shown below.

It is important to Us that You are satisfied with Your policy and that it meets Your insurance goals. If for any reason You are not satisfied with this policy, You may return it within 10 days (20 days for replacements) after We deliver it to You. It may be returned to either the agent through whom it was purchased or to Us at the following address:

> PHL Variable Insurance Company
> [Life Operations Division
> P.O. Box 8027
> Boston, MA  02266-8027
>
> Telephone (800) 628-1936]

If You return this policy, it will be considered void from the beginning and We will refund any premium that You have paid.

Signed for PHL Variable Insurance Company at its Home Office, One American Row, Hartford, CT 06102.

Sincerely yours,

**PHL VARIABLE INSURANCE COMPANY**

*Dona D. Young*

[President and Chief Executive Officer]

**CONVERTIBLE TERM LIFE POLICY**
**With Indeterminate Premiums**

**Premiums Payable Until Expiry Date**
**Insurance Payable at Death of Insured Prior to Expiry Date**
**Nonparticipating**

T612 FL

**APPROVED**

Date Received:          Date of Action:
**FEB 3 2003     FEB 17 2003**

OFFICE OF INSURANCE REGULATION

## TABLE OF CONTENTS

| Part | Page |
|------|------|
| Schedule Page | |
| Policy Summary | |
| Definitions | 1 |
| About this Policy | 1 |
| The Owner | 2 |
| Premiums | 3 |
| Policy Lapse | 3 |
| Lifetime Benefits | 3 |
| Death Benefits | 4 |
| Payment Options | 5 |
| Tables of Payment Option Amounts | 6 |

T612

# SCHEDULE PAGE

**APPROVED**

Date Received:          Date of Action:

**FEB 3 2003     FEB 17 2003**

OFFICE OF INSURANCE REGULATION

Policy Number:                3000000

Policy Date:                     February 1, 2003
Final Conversion Date:     February 1, 2013
Expiry Date:                     February 1, 2023

Insured:                      John Phoenix
Issue Age & Sex:        35 - Male
Risk Classification:     Nonsmoker

Owner:               Owner As Stated In The Application Unless Later Changed.

Beneficiary:         As Stated In The Application Unless Later Changed.

## FACE AMOUNTS

Basic Policy:                          $ 250,000

## PREMIUMS

|  | Annual Premium* |
|---|---|
| Basic Policy | $ 332.50 |
| [TR23 Waiver of Premiums for Disability Rider | $   55.00 |
| Total Initial Annual Premium | $ 387.50 |

*See Table of Annual Premiums

Guarantee Period:          10 Years
Premium Due Dates:        1ST day of each February.

## CONVERSION ALLOWANCE

| Policy Year | Conversion Allowance |
|---|---|
| 1-10 | $332.50, or total premiums paid, if less |

## RIDERS

| Form Number | Rider |
|---|---|
| TR23 | Waiver of Premiums for Disability Rider |

T612(20) FL

**APPROVED**

Date Received:   Date of Action:
**FEB 3 2003    FEB 17 2003**

OFFICE OF INSURANCE REGULATION

**SCHEDULE PAGE**

Policy Number: 3000000

## TABLE OF ANNUAL PREMIUMS*

### BASIC POLICY

| Policy Year | Guaranteed Death Benefit Beginning of Year | Scheduled Annual Premium | Maximum Annual Premium |
|---|---|---|---|
| 1-10 | 250,000 | $332.50 | $332.50 |
| 11 | 250,000 | $332.50 | $632.50 |
| 12 | 250,000 | $332.50 | $1,060.00 |
| 13 | 250,000 | $332.50 | $1,490.00 |
| 14 | 250,000 | $332.50 | $1,917.50 |
| 15 | 250,000 | $332.50 | $2,345.00 |
| 16 | 250,000 | $332.50 | $2,530.00 |
| 17 | 250,000 | $332.50 | $2,750.00 |
| 18 | 250,000 | $332.50 | $3,005.00 |
| 19 | 250,000 | $332.50 | $3,290.00 |
| 20 | 250,000 | $332.50 | $3,620.00 |

## RIDERS

| Policy Year | [TR23 Disability Waiver Premium] |
|---|---|
| 1-20 | $55.00 |

*This table assumes premiums are paid on an annual basis. If You select a premium payment mode other than annual, the annualized premiums for that payment mode will be higher than that for all premiums shown above.

T612(20) FL

**APPROVED**

Date Received:      Date of Action:

**FEB 3 2003      FEB 17 2003**

OFFICE OF INSURANCE REGULATION

## POLICY SUMMARY

**About this Summary**
This summary briefly highlights some of the major policy provisions. Since this is a summary, only the detailed provisions of the policy that follow this summary will control. See those provisions for full information and any limits or restrictions that apply. To locate this policy's provisions, use the Table of Contents. Your policy is a legal contract between You and Us. You should, therefore, READ YOUR POLICY CAREFULLY.

Check the Schedule Page of this policy to make sure it reflects the type and amount of insurance requested. Please call Your agent or Us at any time You have questions about Your policy.

**The Type of Policy**
This is a term life insurance policy while the policy is In Force. Policy premiums must be paid when due. This policy provides certain benefits during the Insured's lifetime and certain benefits at death.

**Policy Rights**
The policy rights include:

1.   the right to convert this policy until the Final Conversion Date as shown on the Schedule Page;

2.   the right to assign the policy;

3.   the right to change the owner or beneficiary.

**Death Benefits**
We will pay a death benefit to the beneficiary if the Insured dies while the policy is In Force.

**Exclusions**
Payment of benefits may be affected by other provisions in this policy. For example, see the provisions in Part 2 about suicide, contestability and misstatement of age or sex.

**Premium Payments, Policy Lapse and Grace Period**
Premiums are due on the dates shown on the Schedule Page. If they are not paid when due or within the 31-day grace period allowed for each premium except the first, the policy will Lapse as of the due date of that premium. Even if Your policy Lapses, You have the right to reinstate this policy, subject to the reinstatement requirements stated in Part 5.

**Riders**
This policy may contain riders which include added benefits or limitations.

T612

**APPROVED**

Date Received:        Date of Action:
**FEB 3 2003     FEB 17 2003**

OFFICE OF INSURANCE REGULATION

## PART 1: DEFINITIONS

**Assigns**
Any persons to whom You assign an interest in this policy if We have notice of the assignment in accordance with the provisions stated in Part 2.

**Basic Policy**
The policy as it exists without any additional rider benefits.

**Face Amount**
The death benefit provided by the Basic Policy while it is In Force and without taking into account any riders.

**In Force**
This policy is "In Force" from the Issue Date, provided the first premium is paid while the insured is alive, until the Expiry Date shown on the Schedule Page and this policy has not terminated.

**Lapse**
The policy is no longer In Force and all coverage under the policy has terminated.

**Policy Anniversary**
The anniversary of the Policy Date.

**Policy Date**
The Policy Date as shown on the Schedule Page from which policy years and anniversaries are measured.

**Policy Year**
The first Policy Year is the one-year period from the Policy Date. Each succeeding Policy Year is the one-year period from the Policy Anniversary to the next Policy Anniversary.

**We (Our, Us)**
PHL Variable Insurance Company

**Written Request (Written Notice)**
A request We receive in writing at Our life operations division in a form satisfactory to Us.

**You (Your)**
The Owner of this policy.

## PART 2: ABOUT THIS POLICY

**The Effective Date**
Coverage under this policy will begin on the Issue Date shown on the Schedule Page provided the first premium is paid while the Insured is alive.

**The Policy and Application**
This policy and the written application, a copy of which is attached to and made a part of this policy, are the entire contract between You and Us. Any change in the provisions of this policy must be signed by one of Our executive officers to be in effect. Any benefits payable under this policy are payable at Our life operations division.

**Limits on Our Right to Contest This Policy**
We rely on all statements made by or for the Insured in the written application or in any supplemental application for reinstatement. These statements are considered to be representations and not warranties. We can contest the validity of this policy for any material misrepresentation of a fact. However, the

T612                                                    1

**APPROVED**

Date Received:        Date of Action:
FEB 3 2003        FEB 17 2003

OFFICE OF INSURANCE REGULATION

misrepresentation must be contained in the written application and a copy of the application must be attached to this policy when issued.

We cannot contest the validity of this policy, except for failure to pay premiums, after it has been In Force during the lifetime of the Insured for two years from its Issue Date shown on the Schedule Page or, for material misrepresentation of a fact in a supplemental application for reinstatement, after it has been In Force during the lifetime of the Insured for two years from the date of reinstatement.

### Exclusion if Death by Suicide
If the Insured dies by suicide, whether sane or insane, within two years from the Issue Date shown on the Schedule Page (or within two years from the date of any reinstatement of this policy), then the amount We pay will be limited to the premiums paid and coverage under this policy will terminate.

### Adjustment if Age or Sex Misstated
If the age or sex of the Insured has been misstated, any benefits payable will be limited to the amount that the premium paid would have purchased at the correct age and sex. These amounts will be based on Our rates in effect on the Policy Date.

### Assignments
We will not be considered to have notice of any assignment of an interest in this policy until We receive the original or copy of the assignment at Our life operations division. In no event will We be responsible for its validity.

## PART 3: THE OWNER

### Who Is the Owner
The Owner is the person named as Owner in the application, unless later changed as provided in this policy. If You are the Owner, but You are not the Insured and You die before the Insured, ownership rights in this policy will pass to the successive Owner, if one has been named, except that if joint Owners are designated, ownership will first remain with the surviving joint Owner until the death of the survivors unless otherwise provided. The Insured will be the Owner, while no other person is named as Owner. If more than one person is named as Owner, they must act jointly unless You and We agree otherwise.

### What Are the Rights of the Owner
You control this policy during the Insured's lifetime, while this policy is In Force. Unless You and We agree otherwise, You may exercise all rights provided under this policy without the consent of anyone else. Your rights include the right to:

a.  Change the Owner or the interest of any Owner.
b.  Convert this policy to a new policy. See Part 6.
c.  Change the beneficiary of the death benefit. See Part 7.
d.  Assign, release, or surrender any interest in this policy.

You may exercise these rights only while the Insured is alive. Your exercise of any of these rights will, to the extent thereof, assign, release, or surrender the interest of the Insured and all beneficiaries and successive Owners under this policy.

### How to Change the Owner
Your request to change the Owner must be by Written Request.

**APPROVED**

Date Received:       Date of Action:
**FEB 3 2003     FEB 17 2003**

OFFICE OF INSURANCE REGULATION

## PART 4: PREMIUMS

### Premium Amount and Due Dates

The total initial annual premium is shown on the Schedule Page. If you select a premium payment mode other than annual, the total initial premium for that payment mode is also shown on the Schedule Page. The Premium Due Dates and the Guarantee Period are also shown on the Schedule Page. The annual premiums for the Basic Policy will never exceed the Basic Policy Maximum Annual Premium shown in the Table of Annual Premiums on the Schedule Page. During the Guarantee Period, the annual payment mode premium for the Basic Policy will equal the Basic Policy Maximum Annual Premium shown for those years. At the beginning of each Policy Year after the Guarantee Period, We will review the premium rate in effect for that Policy Year. We will notify You if there is any change in the premium rate. Such premium rate will be based on factors which shall be uniform by class without regard to changes in the health of the Insured after the Policy Date, and based upon Our future mortality, expense, lapse, and investment expectations. Any change in premium will be determined prospectively. We will not distribute past gains or recoup prior losses, if any, by changing the premium rates.

All premiums are payable in advance at Our life operations division or to an authorized agent of Ours. No right to refund shall exist with respect to any premium payment except as stated in this policy. The Insured must be alive when the first premium is paid. If a premium is not paid when due or within the Grace Period described below, the policy will Lapse as provided in Part 5. A receipt for premium payments signed by one of Our executive officers will be provided upon request.

### 31-Day Grace Period to Pay Premium Due

You will be allowed a Grace Period of 31 days after the Premium Due Date in which to pay the premium. This Grace Period is not granted for the first premium. Your policy will remain In Force during the Grace Period.

## PART 5: POLICY LAPSE

### What Causes Policy Lapse

If a premium is not paid when due or within the 31-day Grace Period, this policy will Lapse as of the premium due date of the unpaid premium. That premium due date is referred to as the "Date of Lapse".

### How to Reinstate This Policy after Lapse

During the lifetime of the Insured, You may reinstate this policy back to an In Force status with the same Expiry Date of this policy, if this policy's Expiry Date has not yet been reached and no more than 5 years have passed since the date of lapse. To reinstate the policy:

a.   We must receive evidence of the Insured's insurability. The evidence must be satisfactory to Us.

b.   We must receive payment of all overdue premiums with interest from their premium due dates to the date of reinstatement. The interest will be at a rate of 6% per year, compounded annually.

## PART 6: LIFETIME BENEFITS

### The Right to Convert this Policy

Subject to the terms contained in this section, You have the right to convert all or part of the Basic Policy Face Amount of this policy without evidence of insurability to a new policy on the life of the same Insured under this policy but on a different plan of insurance. To convert this policy, You must return it to Us at Our life operations division along with a Written Request for release and surrender of all claims under this policy. The conversion must be exercised while this policy is In Force, but no later than the Final Conversion Date shown on the Schedule Page. If you elect to convert all the Basic Policy Face Amount of this policy, coverage of this policy will terminate. If you elect to convert part of the Basic Policy Face Amount of this policy, coverage of this policy will be reduced by the amount of coverage converted and premiums will be adjusted accordingly.

T612                                                3

APPROVED

Date Received:          Date of Action:
FEB 3 2003          FEB 17 2003

OFFICE OF INSURANCE REGULATION

You may convert this policy to any permanent life insurance plan that We or Our affiliate companies make available for conversion at the time of conversion. The new policy will be issued with a Policy Date that is the same as the date that we surrender this policy for its conversion. It will be issued under the same risk class or, if that risk class is not available for the new policy, the most comparable risk class available as this policy. The premiums for the new policy will be at Our rates for the rated age of the Insured at the time of conversion. The new policy will not contain any rider benefits attached to this policy unless we agree otherwise.

At the time You exercise the conversion option of this policy, We will give You a Conversion Allowance for the Policy Year in which the conversion option is exercised. This Conversion Allowance will be applied as premium to the new policy at the time of conversion. The maximum amount of the Conversion Allowance for the Policy Year in which the conversion occurs is shown on the Schedule Page.

If You elect to convert all of the Basic Policy Face Amount of this policy to a new policy, the amount of premium applied to the new policy will be the Conversion Allowance shown on the Schedule Page up to an amount not to exceed the total premiums paid for the policy.

If You elect to convert part of the Basic Policy Face Amount of this policy to a new policy, the amount of premium applied to the new policy will be equal to (A) or (B), whichever is less, where:

1.  (A) is the total premiums paid for this policy multiplied by the result of dividing the Basic Policy Face Amount of the new policy by the Basic Policy Face Amount of this policy.

2.  (B) is the amount of the Conversion Allowance shown on the Schedule Page multiplied by the result of dividing the Basic Policy Face Amount of the new policy by the Basic Policy Face Amount of this policy.

## PART 7: DEATH BENEFITS

### How the Death Benefit Is Determined
Any death benefit that becomes payable under this policy will be paid in one sum, unless We have agreed with You to provide otherwise or the Beneficiary elects an available Payment Option as provided in Part 8.

We will pay interest on any death benefit from the date of death to the date of payment.

The amount of interest paid will equal the interest that would be paid had the death benefit for that period of time been left to earn interest under Payment Option 2.

If We receive due proof that the Insured died while this policy is In Force, We will pay a death benefit equal to the Face Amount of this policy:

    PLUS:    the part of any premium paid for the period beyond the date of death;
    MINUS:  the part of any due and unpaid premium.

If any death benefit that becomes payable under this Policy is not paid within 30 days after Our receipt of due proof of death of the insured, the interest We pay on such death benefit will not be less than the rate of 11% per year for the period from the date of Our receipt of proof to the date of payment.

### The Beneficiary
Unless You provide otherwise, any death benefit that becomes payable under this policy will be paid in equal shares to the Beneficiaries living at the death of the Insured. Payments will be made successively in the following order:

a.   Primary Beneficiaries

b.   Contingent Beneficiaries, if any, provided no primary Beneficiary is living at the death of the Insured

c.   You, or Your executor or administrator, provided no primary or contingent Beneficiary is living at the death of the Insured

Unless otherwise stated, the relationship of a Beneficiary is the relationship to the Insured.

T612 FL                                                    4

**APPROVED**

Date Received:       Date of Action:
**FEB 3 2003      FEB 17 2003**

OFFICE OF INSURANCE REGULATION

**How to Change the Beneficiary**
You may change the Beneficiary by Written Request. When We receive it, the change will relate back and take effect as of the date it was signed by You. However, the change will be subject to any payments made or actions taken by Us before We received the notice at Our life operations division.

# PART 8: PAYMENT OPTIONS

## Who May Elect Payment Options
The proceeds of this policy will be paid in one sum unless otherwise provided. As an alternative to payment in one sum as provided under Payment Option 1, any death proceeds that become payable may be applied under one or more of the alternative payment options described in this Part.

Our consent is required for the election of a payment option by a fiduciary or any entity other than a natural person. Our consent is also required for elections by any Assigns or an owner other than the Insured if the owner has been changed. You may designate or change one or more beneficiaries who will be the payee or payees under the payment option elected. You may only do this during the lifetime of the Insured. If no election is in effect when the death benefit becomes payable, the beneficiary may elect a payment option.

Unless We agree otherwise, all payments under any payment option chosen will be made to the designated payee or to his or her executor or administrator. We may require proof of age of any payee or payees on whose life payments depend as well as proof of the continued survival of any such payee(s).

## How to Elect a Payment Option
You may elect a payment option by Written Request. Payments may be made on an annual, semi-annual, quarterly or monthly basis provided that each installment will at least equal $25. We also require that at least $1,000 be applied under any payment option chosen.

## Payment Options
This section provides a brief description of the various payment options that are available. In Part 9 You will find tables illustrating the guaranteed installment amount provided by several of the payment options described in this section. The amount shown for Payment Options 4 and 5 are the minimum monthly payments for each $1,000 applied. The actual payments will be based on the monthly payment rates We are using when the first payment is due. They will not be less than shown in the tables.

### Payment Option 1 – Payment in one sum

### Payment Option 2 – Left to earn interest
We pay interest during the payee's lifetime on the amount left with Us under this payment option as a principal sum. We guarantee that at least one of the versions of this payment option will provide interest at a rate of at least 3% per year.

### Payment Option 3 – Payments for a specified period
Equal income installments are paid for a specified period of years whether the payee lives or dies. The first payment will be on the date of settlement. The Payment Option 3 Table shows the guaranteed amount of each installment for monthly and annual payment frequencies. The table assumes an interest rate of 3% per year on the unpaid balance. The actual interest rate is guaranteed not to be less than this minimum rate.

### Payment Option 4 – Life annuity with specified period certain
Equal installments are paid until the later of:

1.  the death of the payee; or

2.  the end of the period certain.

T612                                               5

APPROVED

Date Received:        Date of Action:
FEB 3 2003        FEB 17 2003

OFFICE OF INSURANCE REGULATION

The first payment will be on the date of settlement. The period certain must be chosen at the time this payment option is elected. The periods certain that may be chosen are as follows:

1.   ten years;

2.   twenty years; or

3.   Until the installments paid refund the amount applied under this payment option. If the payee is not living when the final payment falls due, that payment will be limited to the amount which needs to be added to the payments already made to equal the amount applied under this payment option.

If, for the age of the payee, a period certain is chosen that is shorter than another period certain paying the same installment amount, We will deem the longer period certain as having been elected. The life annuity provided under this payment option is calculated using an interest rate of 3%.

**Payment Option 5 – Life Annuity**
Equal installments are paid only during the lifetime of the payee. The first payment will be on the date of settlement. Any life annuity as may be provided under this payment option is calculated using an interest rate of 3%.

**Payment Option 6 – Payments of specified amount**
Equal installments of a specified amount, out of the principal sum and interest on that sum, are paid until the principal sum remaining is less than the amount of the installment. When that happens, the principal sum remaining with accrued interest will be paid as a final payment. The first payment will be on the date of settlement. The payments will include interest on the principal sum remaining at a rate guaranteed to at least equal 3% per year. This interest will be credited at the end of each year. If the amount of interest credited at the end of a year exceeds the income payments made in the last 12 months, that excess will be paid in one sum on the date credited.

We may offer other payment options or alternative versions of the payment options listed in the above section.

**Additional Interest**
In addition to:

1.   the interest of 3% per year guaranteed on the principal sum remaining with Us under Payment Options 2 or 6; and

2.   the interest of 3% per year included in the installments payable under Payment Option 3.

We will pay or credit at the end of each year such additional interest, if any, as We may declare.

## PART 9: TABLE OF PAYMENT OPTION AMOUNTS

The installment amounts shown in the tables that follow are shown for each $1,000 applied. Amounts for payment frequencies, periods or ages not shown will be furnished upon request.

The term "age" as used in the tables refers to the Adjusted Age. Under Options 4 and 5, the Adjusted Age is defined as the age of the payee on the payee's birthday nearest the effective date of the payment option elected.

**Basis of Calculation**
The rates that follow are based on the 1983a Individual Annuity Table projected to 2040 with Projection Scale G and with a 3% interest rate.

T612                                                            6

**APPROVED**

Date Received:       Date of Action:
**FEB 3 2003      FEB 17 2003**

OFFICE OF INSURANCE REGULATION

**Payment Option 3 – Payments for a specified period**

| Number of Years | Annual Installment | Monthly Installment |
|---|---|---|
| 5 | $211.99 | $17.91 |
| 6 | 179.22 | 15.14 |
| 7 | 155.83 | 13.16 |
| 8 | 138.31 | 11.68 |
| 9 | 124.69 | 10.53 |
| 10 | 113.82 | 9.61 |
| 11 | 104.93 | 8.86 |
| 12 | 97.54 | 8.24 |
| 13 | 91.29 | 7.71 |
| 14 | 85.95 | 7.26 |
| 15 | 81.33 | 6.87 |
| 16 | 77.29 | 6.53 |
| 17 | 73.74 | 6.23 |
| 18 | 70.59 | 5.96 |
| 19 | 67.78 | 5.73 |
| 20 | 65.26 | 5.51 |
| 25 | 55.76 | 4.71 |
| 30 | 49.53 | 4.18 |

**\*Payment Option 4 – Life annuity with specified period certain**

| | Installment Refund | | 10 Years Certain | | 20 Years Certain | |
|---|---|---|---|---|---|---|
| Age | Male | Female | Male | Female | Male | Female |
| 40 | $3.28 | $3.15 | $3.32 | $3.17 | $3.31 | $3.16 |
| 45 | 3.44 | 3.28 | 3.51 | 3.31 | 3.48 | 3.30 |
| 50 | 3.64 | 3.45 | 3.73 | 3.50 | 3.69 | 3.48 |
| 55 | 3.88 | 3.66 | 4.02 | 3.73 | 3.94 | 3.70 |
| 60 | 4.18 | 3.92 | 4.39 | 4.03 | 4.23 | 3.96 |
| 65 | 4.56 | 4.25 | 4.88 | 4.43 | 4.56 | 4.29 |
| 70 | 5.03 | 4.68 | 5.50 | 4.96 | 4.90 | 4.66 |
| 75 | 5.63 | 5.24 | 6.24 | 5.66 | 5.19 | 5.03 |
| 80 | 6.40 | 5.97 | 7.12 | 6.55 | 5.41 | 5.33 |
| 85 | 7.43 | 6.96 | 8.06 | 7.60 | 5.50 | 5.48 |
| 90 | 8.94 | 8.41 | 8.96 | 8.69 | 5.51 | 5.51 |

**\*Payment Option 5 – Life annuity**

| Age | Male | Female |
|---|---|---|
| 40 | $3.33 | $3.17 |
| 45 | 3.51 | 3.32 |
| 50 | 3.75 | 3.50 |
| 55 | 4.05 | 3.74 |
| 60 | 4.44 | 4.05 |
| 65 | 4.97 | 4.46 |
| 70 | 5.70 | 5.03 |
| 75 | 6.68 | 5.85 |
| 80 | 8.05 | 7.02 |
| 85 | 10.03 | 8.77 |
| 90 | 13.06 | 11.53 |

\*Minimum monthly income for each $1,000 applied.

**APPROVED**

Date Received:          Date of Action:
**FEB 3 2003      FEB 17 2003**
OFFICE OF INSURANCE REGULATION

# PHL VARIABLE INSURANCE COMPANY
## CONVERTIBLE TERM LIFE POLICY
### With Indeterminate Premiums

**Premiums Payable Until Expiry Date**
**Insurance Payable at Death of Insured Prior to Expiry Date**
**Nonparticipating**

T612 FL