UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 21-cv-563 -CEM-EJK

PHL VARIABLE INSURANCE COMPANY,

        Plaintiff,

v.

MARK PUIG and LOIS COLLINS,

        Defendants.
_____/

**UNOPPOSED MOTION TO PERMIT VIDEO
ATTENDANCE AT MEDIATION**

Due to current changed circumstances, Plaintiff PHL Variable Insurance Company (PHL) and Defendants Mark Puig ("Puig") and Lois Collins ("Collins") (Collectively "Defendants") seek leave of Court to permit PHL's corporate representative and counsel, Defendants' and Defendants' counsel and the mediator to attend the mediation in this matter scheduled for August 30, 2021 by videoconference: In support of this Motion, the parties state:

1. The underlying action in this case involves entitlement to life insurance death benefits. Defendants Collins and Puig each claim entitlement to the death benefits of a policy acquired by Robert Collins (the "Decedent") from PHL.

2. In light of the unpredictable and rapidly spreading COVID-19 virus and in order to protect the health, safety, and well-being of its employees, PHL's employees are currently not permitted to travel from their normal work locations. PHL's

corporate representative is located in Hartford, Connecticut and would be required to fly to Florida to attend mediation in person.  In addition, to facilitate social distancing and to protect the health and safety of all of the participants, the remaining participants in the mediation request leave to appear by videoconference as well.

3.     Accordingly, the parties seek leave of Court to permit attendance at mediation by videoconference.  PHL's representative who will attend the mediation has been handling this litigation from the outset and routinely represents the company at mediation in these kinds of cases by telephone or video.

4.     Counsel for all parties are confident that the attendance of all parties at mediation by videoconference will be sufficient and will not interfere with the parties' ability to resolve this matter at mediation.

5.     Counsel for PHL has conferred with the parties' chosen mediator, Fredrick J. Lauten, Esq., regarding the relief sought in this motion, who has no objection to videoconference appearance and will facilitate the conference for all participants to attend.

Accordingly, the parties seek leave for their counsel and their representative/client and the mediator to appear for mediation by videoconference, to be arranged by the mediator.

Dated:  August 9, 2021         MCDOWELL HETHERINGTON LLP
                               Attorneys for Plaintiff PHL
                               2385 N.W. Executive Center Drive, Suite 400
                               Boca Raton, FL 33431
                               (561) 994-4311
                               (561) 982-8985 fax


                        By:    /s/Wendy L. Furman
                               WENDY L. FURMAN
                               Fla. Bar No. 0085146
                               wendy.furman@mhllp.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the movant has conferred with the opposing party who has no objection to the relief requested.

## CERTIFICATE OF SERVICE

I certify that on August 9, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

L. Reed Bloodworth, Esq.
J. Kemp Brinson, Esq.
BLOODWORTH Law, PLLC
801 N. Magnolia Avenue, Ste. 216
Orlando, FL 32803
cdeatherage@lawerfightsforyou.com
Reed@LawyerFightsForYou.com
Counsel for Defendant Lois Collins

Scott A. Livingston, Esq.
CPLS, P.A.
201 East Pine Street, Suite 445
Orlando, FL 32825
Hzobel@cplspa.com
SLivingston@cplspa.com
Counsel for Defendant Mark Puig

Wendy L. Furman
Wendy L. Furman

3