UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 21-cv-563 -CEM-EJK

PHL VARIABLE INSURANCE COMPANY,

    Plaintiff,

v.

MARK PUIG and LOIS COLLINS,

    Defendants.
_____/

## NOTICE OF MEDIATION

The undersigned gives notice that mediation in the above matter has been scheduled for August 30, 2021, at 10:00 a.m. with mediator, Fred Lauten. Mediation will be held by video conference to be facilitated by the office of Upchurch Watson White & Max, 1060 Maitland Center Commons, Suite 440, Maitland, Florida 32751; (800) 863-1462.

Dated: August 9, 2021

    MCDOWELL HETHERINGTON LLP
    Attorneys for Plaintiff PHL
    2385 N.W. Executive Center Drive, Suite 400
    Boca Raton, FL 33431
    (561) 994-4311
    (561) 982-8985 fax

    By:  /s/Wendy L. Furman
          WENDY L. FURMAN
          Fla. Bar No. 0085146
          wendy.furman@mhllp.com

**CERTIFICATE OF SERVICE**

I certify that on August 9, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

> L. Reed Bloodworth, Esq.
> J. Kemp Brinson, Esq.
> BLOODWORTH Law, PLLC
> 801 N. Magnolia Avenue, Ste. 216
> Orlando, FL 32803
> cdeatherage@lawerfightsforyou.com
> Reed@LawyerFightsForYou.com
> Counsel for Defendant Lois Collins
>
> Scott A. Livingston, Esq.
> CPLS, P.A.
> 201 East Pine Street, Suite 445
> Orlando, FL 32825
> Hzobel@cplspa.com
> SLivingston@cplspa.com
> Counsel for Defendant Mark Puig
>
> _Wendy L. Furman_
> Wendy L. Furman